PROB 12C
(6/16)

Report Date:  October 6, 2020

**United States District Court**

for the

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

**Oct 06, 2020**

SEAN F. McAVOY, CLERK

**Eastern District of Washington**

**Petition for Warrant or Summons for Offender Under Supervision**

Name of Offender: Robert S. Johnson                    Case Number: 0980 2:11CR00188-RMP-1

Address of Offender:                                               Spokane, Washington 99205

Name of Sentencing Judicial Officer:  The Honorable Rosanna Malouf Peterson, U.S. District Judge

Date of Original Sentence: October 30, 2012

| | | |
|---|---|---|
| Original Offense: | Felon in Possession of a Firearm, 18 U.S.C. § 922(g)(1) | |
| Original Sentence: | Prison - 120 months<br>TSR - 60 months | Type of Supervision: Supervised Release |
| Resentence:<br>(08/23/2016) | Prison - 100 months<br>TSR - 36 months | |
| Asst. U.S. Attorney: | U.S. Attorney's Office | Date Supervision Commenced: May 17, 2019 |
| Defense Attorney: | Federal Defender's Office | Date Supervision Expires: May 16, 2022 |

**PETITIONING THE COURT**

To issue a summons.

The probation officer believes that the offender has violated the following conditions of supervision:

**Violation Number**      **Nature of Noncompliance**

1          **Special Condition #26**: The defendant shall not enter into or remain in any establishment where alcohol is the primary item of sale. The defendant shall abstain from alcohol and shall submit to urinalysis and Breathalyzer testing as directed by the supervising officer, but no more than 6 tests per month, in order to confirm continued abstinence from this substance.

**Supporting Evidence**: It is alleged that on September 20, 2020, Robert Johnson violated special condition number 26 of his supervised release by consuming alcohol.

On May 20, 2019, an officer with the U.S. Probation Office in Spokane, Washington, reviewed a copy of the conditions of supervision with Mr. Johnson as outlined in the judgment and sentence.  He signed the judgment acknowledging the requirements.

According to Spokane Police Department (SPD) report #2020-20166179, shortly before midnight on September 20, 2020, law enforcement received a call regarding a running vehicle that was parked on the street which had a male inside of it.  Officers were subsequently dispatched to conduct a welfare check on the male individual.

Prob12C
**Re: Johnson, Robert S.**
**October 6, 2020**
**Page 2**

Officers conducting the welfare check arrived to find Mr. Robert Johnson "passed out in the driver's seat of the truck." In the report, the officer further reported he "immediately smelled the order of intoxicants coming from Robert's person. Robert's eyes were blood shot/watery and his speech was slurred."

Mr. Johnson informed the SPD officer "he had several beers earlier in the night and advised he had been drinking Icehouse beer." That officer subsequently located an open Icehouse beer can on the driver's side floor board of the truck.

On September 21, 2020, after conducting standardized field sobriety tests and establishing probable cause to arrest Mr. Johnson, he was arrested by the SPD for Physical Control of a Vehicle Under the Influence, in violation of RCW 46.61.504.

After the 15 minute mandatory observation period was complete, the offender was subject to Breathalyzer testing, which yielded the following blood alcohol content (BAC) levels: .225, .221, .235, and .230.

2          **Standard Condition #1**: The defendant shall not commit another federal, state or local crime.

**Supporting Evidence**: It is alleged that on September 21, 2020, Robert Johnson violated standard condition number 1 of his supervised release by being arrested for Physical Control of a Vehicle Under the Influence, in violation of RCW 46.61.504.

On May 20, 2019, an officer with the U.S. Probation Office in Spokane, Washington, reviewed a copy of the conditions of supervision with Mr. Johnson as outlined in the judgment and sentence. He signed the judgment acknowledging the requirements.

According to Spokane Police Department (SPD) report #2020-20166179, shortly before midnight on September 20, 2020, law enforcement received a call regarding a running vehicle that was parked on the street which had a male inside of it. Officers were subsequently dispatched to conduct a welfare check on the male individual.

Officers conducting the welfare check arrived to find Mr. Robert Johnson "passed out in the driver's seat of the truck." In the report, the officer further reported he "immediately smelled the order of intoxicants coming from Robert's person. Robert's eyes were blood shot/watery and his speech was slurred."

Mr. Johnson informed the SPD officer "he had several beers earlier in the night and advised he had been drinking Icehouse beer." That officer subsequently located an open Icehouse beer can on the driver's side floor board of the truck.

On September 21, 2020, after conducting standardized field sobriety tests and establishing probable cause to arrest Mr. Johnson, he was arrested by the SPD for Physical Control of a Vehicle Under the Influence, in violation of RCW 46.61.504.

The offender was subsequently subject to Breathalyzer testing, which yielded the following blood alcohol content (BAC) levels: .225, .221, .235, and .230.

Prob12C
**Re: Johnson, Robert S.**
**October 6, 2020**
**Page 3**

3          **Standard Condition #16**: If the defendant is arrested or has any official contact with a law enforcement officer in a civil or criminal investigative capacity, the defendant must notify the probation officer within 72 hours.

**Supporting Evidence**: It is alleged that on September 24, 2020, Robert Johnson violated standard condition number 16 of his supervised release by failing to report, within 72 hours as required, that he had been arrested.

On May 20, 2019, an officer with the U.S. Probation Office in Spokane, Washington, reviewed a copy of the conditions of supervision with Mr. Johnson as outlined in the judgment and sentence. He signed the judgment acknowledging the requirements.

On September 21, 2020, the undersigned officer was contacted by the offender's wife, who informed this officer the offender had been arrested. Mr. Johnson on the other hand, made no attempt to contact this officer after he was released from custody, as required.

On September 24, 2020, this officer contacted Mr. Johnson regarding his failure to report his law enforcement contact and subsequent arrest. The offender stated he believed it was sufficient that his wife had notified this officer. He eventually stated he had planned to contact the undersigned officer, but that he had not gotten around to it.

The U.S. Probation Office respectfully recommends the Court issue a summons requiring the offender to appear to answer to the allegations contained in this petition.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:    10/06/2020

s/Amber M.K. Andrade

Amber M.K. Andrade
U.S. Probation Officer

**THE COURT ORDERS**

[ ] No Action
[ ] The Issuance of a Warrant
[X] The Issuance of a Summons
[ ] Other

Signature of Judicial Officer

10/6/2020

Date