PROB 12C
(6/16)

Report Date: April 12, 2021

# United States District Court

### for the

### Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Apr 13, 2021

SEAN F. McAVOY, CLERK

## Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: Robert S. Johnson        Case Number: 0980 2:11CR00188-RMP-1

Address of Offender:                       Spokane, Washington 99205

Name of Sentencing Judicial Officer:  The Honorable Rosanna Malouf Peterson, U.S. District Judge

Date of Original Sentence: October 30, 2012

Original Offense:        Felon in Possession of a Firearm, 18 U.S.C. § 922(g)(1)

Original Sentence:       Prison - 120 months          Type of Supervision: Supervised Release
                         TSR - 60 months

Resentence:              Prison - 100 months
(August 24, 2016)        TSR - 36 months

Asst. U.S. Attorney:     Patrick J Cashman            Date Supervision Commenced: May 17, 2019

Defense Attorney:        John B. McEntire, IV         Date Supervision Expires: May 16, 2022

## PETITIONING THE COURT

To issue a **warrant**.

The probation officer believes that the offender has violated the following conditions of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1 | **Special Condition #25**: The defendant shall abstain from the use of illegal controlled substances, and shall submit to urinalysis and sweat patch testing, as directed by the supervising officer, but no more than 6 tests per month, in order to confirm continued abstinence from these substances.<br><br>**Supporting Evidence**: On March 18, 2021, Robert Johnson allegedly violated special condition number 25 by failing to submit to urinalysis testing at Pioneer Human Services (PHS) when his assigned color was identified for testing.<br><br>On May 20, 2019, an officer with the U.S. Probation Office in Spokane, Washington, reviewed a copy of the conditions of supervision with Mr. Johnson as outlined in the judgment and sentence. He signed the judgment acknowledging the requirements.<br><br>On March 22, 2021, this officer received notification from PHS that the offender failed to report for phase urinalysis testing on March 18, 2021, when his assigned color was identified for testing. |

2     **Standard Condition #1**: The defendant shall not commit another Federal, state, or local crime.

**Supporting Evidence**: On April 11, 2021, Robert Johnson allegedly violated standard condition number 1 of his supervised release by being arrested for Driving Under the Influence, in violation of RCW 46.61.502 GM.

On May 20, 2019, an officer with the U.S. Probation Office in Spokane, Washington, reviewed a copy of the conditions of supervision with Mr. Johnson as outlined in the judgment and sentence. He signed the judgment acknowledging the requirements.

According to Spokane Police Department (SPD) report number 2021-20056222, at approximately 12:08 a.m. on April 11, 2021, law enforcement reported to the scene of an accident, in which a truck had reportedly collided with a fence and was attempting to flee. When officers arrived at the scene, they noted the truck was "up against the fence attempting to back away. The red tail lights were on and it was swaying forward and backward as if the truck was stuck."

Mr. Johnson subsequently informed officers that "he was given the task to take out the fence for a project. So with his personal rig he has been backing up and ramming the fence multiple times working along the fence destroying it." The offender admitted he did not know the property owner, could not recall the friend who told him to destroy the fence, nor how much he was going to be paid for the job.

Mr. Johnson was subject to Breathalyzer testing, which yielded the following blood alcohol content (BAC) levels: .211, .204, .215, and .212. The offender was subsequently arrested for driving under the influence.

3     **Special Condition #26**: The defendant shall not enter into or remain in any establishment where alcohol is the primary item of sale. The defendant shall abstain from alcohol and shall submit to urinalysis and Breathalyzer testing as directed by the supervising officer, but no more than 6 tests per month, in order to confirm continued abstinence from these substances.

**Supporting Evidence**: On April, 10, 2021, Robert Johnson allegedly violated special condition number 26 of his supervised release by entering into and remaining in an establishment where alcohol is the primary item of sale, where he consumed alcohol.

On May 20, 2019, an officer with the U.S. Probation Office in Spokane, Washington, reviewed a copy of the conditions of supervision with Mr. Johnson as outlined in the judgment and sentence. He signed the judgment acknowledging the requirements.

Shortly after midnight, on the morning of April 11, 2021, Mr. Johnson had contact with law enforcement after having a vehicular accident. When officers asked the offender if he had anything to drink, he responded "yes." According to SPD report number 2021-20056222, Mr. Johnson admitted he "had a few drinks about 2 hours ago at the Tika Tika Bar," and stated he did not believe that the alcohol impaired his driving.

Mr. Johnson was subject to Breathalyzer testing, which yielded the following blood alcohol content (BAC) levels: .211, .204, .215, and .212. The offender was subsequently arresting for driving under the influence.

Prob12C
Re: Johnson, Robert S.
April 12, 2021
Page 3

The U.S. Probation Office respectfully recommends the Court issue a **warrant** requiring the offender to appear to answer to the allegations contained in this petition.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on: 04/12/2021

s/Amber M.K. Andrade

Amber M.K. Andrade
U.S. Probation Officer

THE COURT ORDERS

[ ]  No Action
[ ]  The Issuance of a Warrant
[X]  The Issuance of a Summons
[ ]  Other

*Signature of Judicial Officer*

4/13/2021

Date